ROBERT ANKELE, Appellant, *v.* GEORGE BLANKNER, as Executor of ALICE L. ANKELE, Deceased, et al., Respondents.

*Appeal — order of Appellate Division affirming order of Special Term which overruled demurrer — appeal therefrom, without permission, dismissed.*

*Ankele* v. *Blankner,* 197 App. Div. 684, appeal dismissed.
(Submitted November 23, 1921; decided December 13, 1921.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 8, 1921, which affirmed an order of Special Term overruling a demurrer to a separate defense set up in the answer. The action was brought to compel the conveyance to plaintiff of a two-thirds interest in certain property. The complaint alleged that the property was bought by plaintiff with his own money and that thereafter he executed a deed thereof to his wife pursuant to an agreement had with the decedent, the plaintiff and defendant Frank J. Brockie, wherein the said decedent, Alice L. Ankele, agreed to pay the sum of fifteen hundred ($1,500) dollars within a reasonable time, after the said conveyance to her, and also agreed to pay the sum of five hundred ($500) dollars to the said defendant Frank J. Brockie. And further agreed that the said parties, the

plaintiff, Frank J. Brockie and said Alice L. Ankele, shall each have a one-third interest in said property, and that in the event of the death of either, the said plaintiff or Alice L. Ankele, deceased, the share of the one so dying shall go to the survivor, that is, plaintiff or the decedent; and that the plaintiff relying upon the strength of the afore-mentioned agreement, and upon the promises made by Alice L. Ankele, the said decedent transferred the property to the said Alice L. Ankele, deceased. The answer set up as a separate defense: " V. That the alleged agreement mentioned and described in paragraph ' Seventh ' of the complaint herein was not, nor was any note or memorandum thereof expressing the consideration in writing, subscribed by Alice L. Ankele or by her lawfully authorized agent."

*Julius Riedler* and *Jacob M. Cohen* for appellant.

*Charles G. Bond* and *Barker D. Leich* for respondents.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.